UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: 17-13052

GORHAM, ALISA     Chapter: 7 -- Liquidation

Judge: ROSEMARY GAMBARDELLA

**NOTICE OF PROPOSED ABANDONMENT**

Nicholas J. Delzotti, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable ROSEMARY GAMBARDELLA on 04/25/2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 128 A. Amherst Street<br>East Orange, NJ 07018<br>Property has a fair market value of $ 159,420.00 per Zillow evaluation |
|---|---|

| Liens on property: | Mortgage is held by<br>Nationstar Mortgage LLC<br>with a balance of<br>$316,367.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Nicholas J. Delzotti

Address:    PO Box, 20117, Newark, NJ 07102

Telephone No.: (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

rev.8/1/15

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 17-13052-RG
Alisa Gorham                                                  Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Mar 24, 2017
                             Form ID: pdf905          Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db            +Alisa Gorham,    128A Amherst Street,    East Orange, NJ 07018-5600
516650117     +Amherst Street Town Home Homeowners,    Association,   124 Amherst Street,
               East Orange, NJ 07018-2616
516650121     +Broader Credit & Collection Services,    140 Mountain Avenue,    Po Box 226,
               Springfield, NJ 07081-0226
516650122     +Buckley Madole PC,    99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516650134    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Exxon Mobile,    PO Box 6530,    Des Moines, IA 50361-0001)
516650142    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
516650123     +Capital One,   Attn: General Correspondence/Bankruptcy,     Po Box 30285,
               Salt Lake City, UT 84130-0285
516650127     +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
516650126     +Chase,   PO Box 35480,   Newark, NJ 07193-5480
516650128     +Citibak/Office Depot,    Citicorp Credit Srvc/Centralized Bankrup,    Pob 790040,
               St Louis, MO 63179-0040
516650130     +Comcast of New Jersey,    800 Rahway Avenue,    Union, NJ 07083-6652
516650131      Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
516650132     +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
516650133     +East Orange General Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
516650137     +HSBC,   PO Box 80084,   Salinas, CA 93912-0084
516650140     +JTM Capital Management,    210 John Glenn Drive #3,    Buffalo, NY 14228-2213
516650143     +Midland Credit Management,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
516650145     +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
516650147     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516650148      New York & Co,    Po Box 659728,    San Antonio, TX 78265-9728
516650149      Northstar Location Services LLC,    4285 Genesee Street,    Buffalo, NY 14225-1943
516650150     +Palisades Collection,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516650154     +Saint Barnabas Medical Center,    PO Box 8500 Lock Box 9741,    Philadelphia, PA 19178-8500
516650155     +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
516650157      Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85051
516650158     +Services Credit Union,    3003 Lafayette Road,    Portsmouth, NH 03801-5904
516650159     +Shop NBC,   4811 Nashville Road,    Bowling Green, KY 42101-7544
516650163     +St Michael's Medical Center,    PO Box 18518,    Newark, NJ 07192-0001
516650164     +St Micheals Medical Center,    PO Box 18518,    Newark, NJ 07192-0001
516650165     +Target,   PO Box 9475,    Minneapolis, MN 55440-9475
516650166      Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
516650167      Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
516650168     +University Hospital,    150 Bergen Street,    Newark, NJ 07103-2406
516650169      University Hospital,    PO Box 3009,    Newark, NJ 07103-0009
516650170     +Verizon,   Verizon Wireless Bankruptcy Administrati,     500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 24 2017 19:52:06      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 24 2017 19:52:03      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516650118      E-mail/Text: g20956@att.com Mar 24 2017 19:52:43      AT&T Mobility,    PO Box 537104,
               Atlanta, GA 30353-7104
516650119      E-mail/Text: g20956@att.com Mar 24 2017 19:52:43      AT&T Mobility,    PO Box 6463,
               Carol Stream, IL 60197-6463
516650124     +E-mail/Text: bankruptcy@cavps.com Mar 24 2017 19:52:23      Cavalry Portfolio Service,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
516650125     +E-mail/Text: bankruptcy@cavps.com Mar 24 2017 19:52:23      Cavalry Portfolio Services,
               Arrn: Bankruptcy Department,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516650129      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 24 2017 19:52:38      Comcast,
               Po Box 840,   Newark, NJ 07101-0840
516650135     +E-mail/Text: bnc-bluestem@quantum3group.com Mar 24 2017 19:52:45      Fingerhut,
               6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
516650136     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2017 19:47:30      GE Money Bank,    PO Box 103104,
               Roswell, GA 30076-9104
516650138     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2017 19:47:16      JC Penney,    PO Box 965007,
               Orlando, FL 32896-5007
516650139      E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 24 2017 19:52:20      Jefferson Capital Systems, LLC,
               16 Mcleland Rd,   Saint Cloud, MN 56303
516650141     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2017 19:47:30      Lowes,    PO Box 103104,
               Roswell, GA 30076-9104
516650144     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2017 19:52:02      Midland Credit Management,
               8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
516650146     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2017 19:52:02      Midland Funding LLC,
               PO Box 60578,   Los Angeles, CA 90060-0578
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Mar 24, 2017
                              Form ID: pdf905          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516650151         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2017 19:47:23
                  Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516650152         E-mail/Text: ebn@barnabashealth.org Mar 24 2017 19:52:30      Saint Barnabas Health,
                  PO Box 903,    Oceanport, NJ 07757-0903
516650153        +E-mail/Text: ebn@barnabashealth.org Mar 24 2017 19:52:30      Saint Barnabas Medical Center,
                  94 Old Shorthills Road,    Livingston, NJ 07039-5668
516650160        +Fax: 516-933-1697 Mar 24 2017 19:52:43       Slomins Inc,    125 Lauman Lane,
                  Hicksville, NY 11801-6539
516650161         E-mail/Text: bankruptcy@sw-credit.com Mar 24 2017 19:52:07      Southwest Credit,
                  4120 Internantional Parkway Suite 1100,    Carrollton, TX 75007-1958
516650162        +E-mail/Text: bankruptcy@sw-credit.com Mar 24 2017 19:52:07      Southwest Credit Systems,
                  4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516650120       ##Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
516650156       ##+Sears,    Po Box 20363,    Kansas City, MO 64195-0363
                                                                                        TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:

```
              Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas Fitzgerald    on behalf of Debtor Alisa  Gorham nickfitz.law@gmail.com
              Nicholas J. Delzotti     on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,    NJ58@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```